IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHELLE GILMORE AND MICHAEL          :
GILMORE                               :
                                      :
                      Plaintiff,      :    2:14-CV-6367 (ABB)
                                      :
         - against -                  :
                                      :
BRANT BICKEL, et al.,                 :
                                      :
                      Defendants.     :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANTS' MOTION TO DISMISS

Defendants Brant Bickel and Jos. A. Bank Clothiers, Inc. ("Defendants") hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint filed by Plaintiffs Michelle Gilmore and Michael Gilmore, for failure to state a claim upon which relief can be granted. The following is a statement in support of the Motion:

1. On November 5, 2014, Plaintiffs filed a Complaint alleging Title VII claims for race discrimination and retaliation, a Pennsylvania Human Relations Act claim for race discrimination, and a common law "loss of consortium" claim.

2. Each of the Complaint's claims must be dismissed, because the Complaint does not plead sufficient facts to state a "plausible" claim for relief for any of them, under *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

3. In addition, the retaliation claim also must be dismissed for another reason: a failure to exhaust administrative remedies.

4. The loss of consortium claim also fails because alleged violations of employment statutes do not support a loss of consortium claim, and because it is derivative of the Complaint's deficient statutory claims.

5. Finally, as to Bickel, the Title VII claims must also be dismissed because Title VII does not permit individual liability.

Dated: February 27, 2015                    Respectfully submitted,

/s Jacob Oslick_____
Jacob Oslick (PA #311028)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone:    (212) 218-6480
Facsimile:    (212) 218-5526
joslick@seyfarth.com

Raymond C. Baldwin, *pro hac vice motion forthcoming*
Christine M. Costantino, *pro hac vice motion forthcoming*
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone:    (202) 463-2400
Facsimile:    (202) 828-5393
rbaldwin@seyfarth.com
ccostantino@seyfarth.com