THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHELLE GILMORE AND MICHAEL      :
GILMORE                           :
                                  :
                       Plaintiff, :     2:14-CV-6367 (ABB)
                                  :
        - against -                :
                                  :
BRANT BICKEL, et al.,             :
                                  :
                      Defendants. :
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT STIPULATION TO DISMISS DEFENDANT THE MEN'S WEARHOUSE, INC. AND AMEND CASE CAPTION

IT IS HEREBY STIPULATED by and through the undersigned parties that:

1. The parties have conferred regarding the correct identity of the defendants in this matter. The parties' stipulation is intended to ensure that the correct parties are properly named in the instant lawsuit.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby agree and stipulate to the dismissal without prejudice of all claims against The Men's Wearhouse, Inc., named herein as "The Men's Wearhouse, Inc. d/b/a Jos. A. Bank."

3. The parties further agree and stipulate that the case caption should be amended to reflect the correct names of the following defendants:

   a) Plaintiff incorrectly named defendant "Jos. A. Bank Clothiers, Inc. d/b/a The Men's Wearhouse, Inc." The correct name for defendant is "Jos. A. Bank Clothiers, Inc."

   b) Plaintiff incorrectly named defendant "Brant Bickel d/b/a The Men's Wearhouse, Inc." The correct name for defendant is "Brant Bickel."

4. These amendments to the parties' names shall be effective as if originally set forth and throughout all documents filed to date in this matter.

5. No parties need file amended pleadings to reflect the corrected names of the defendants as set forth in this Stipulation.

Dated: February 27, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s Matthew B. Weisberg**<br>Matthew B. Weisberg, Esq.<br>David A. Berlin, Esq.<br>WEISBERG LAW<br>7 S. Morton Avenue<br>Morton, PA  19070<br>Telephone:    (610) 690-0801<br>Facsimile:      (610) 690-0880<br>mweisberg@weisberglawoffices.com<br><br><br><br>**With permission | /s Jacob Oslick<br>Jacob Oslick (PA #311028)<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone:    (212) 218-6480<br>Facsimile:      (212) 218-5526<br>joslick@seyfarth.com<br><br>Raymond C. Baldwin<br>   *(pro hac vice motion forthcoming)*<br>Christine M. Costantino<br>   *(pro hac vice motion forthcoming)*<br>SEYFARTH SHAW LLP<br>975 F Street, N.W.<br>Washington, DC  20004<br>Telephone:    (202) 462-2400<br>Facsimile:      (202) 828-5393<br>rbaldwin@seyfarth.com<br>ccostantino@seyfarth.com |

**APPROVED AND SO ORDERED:**

_____
**The Honorable Anita B. Brody**

## **CERTIFICATE OF SERVICE**

    I, Jacob Oslick, hereby certify that on February 27, 2015, I electronically filed the foregoing JOINT STIPULATION with the Clerk of the Court, via the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

>Matthew B. Weisberg, Esq.
>David A. Berlin, Esq.
>WEISBERG LAW
>7 S. Morton Ave.
>Morton, PA 19070
>Telephone: (610) 690-0801
>Facsimile: (610) 690-0880
>mweisberg@weisberglawoffices.com

                                         */s/ Jacob Oslick*
                                         Jacob Oslick